IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

v.

JOEL CORIA, et al.,

          Defendants.

NO. C12-5778 TEH

ORDER DISMISSING CASE

Following the parties' initial settlement, this case was dismissed on February 19, 2013. On April 28, 2014, this Court granted Plaintiff's motion to reopen the case based on counsel's representation that Defendant failed to make the required payments. The Court scheduled a case management conference on June 9, 2014. On June 6, 2014, Plaintiff filed another notice of settlement, stating that the parties "have settled all claims to the above-entitled action *in their entirety*" (emphasis in original). Counsel specially appearing for Plaintiff represented at the June 9 case management conference that Plaintiff would file a stipulation and proposed order of dismissal by June 12. The Court informed counsel that it would dismiss the case if no stipulation and order were filed by that date.

    Plaintiff has not filed a stipulation and proposed order. Accordingly, with good cause appearing based on the parties' settlement, this case is hereby DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  06/13/14

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT